AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA v. **STEVE NARANG** | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO. **SA 19 - 2 2 9 M** |

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

| NAME OF MAGISTRATE JUDGE HONORABLE DOUGLAS F. McCORMICK | UNITED STATES MAGISTRATE JUDGE | LOCATION Santa Ana, California |
|---|---|---|

| DATE OF OFFENSE February 22, 2019 | PLACE OF OFFENSE Orange County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2019 MAR 21  AM 11: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**(See attached affidavit which is incorporated as part of this Complaint)**

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT MICHAEL GREENE /s/ |
|---|---|
| | OFFICIAL TITLE Task Force Officer, Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)] **DOUGLAS F. McCORMICK** | DATE March 21, 2019 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA G.Kong:ccf                    (Warrant)

# A F F I D A V I T

I, Michael Greene, being duly sworn, hereby declare and state as follows:

## I.   INTRODUCTION

1.   I am a Detective with the Fullerton Police Department ("FPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Federal Bureau of Investigation ("FBI").  As a TFO with the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.   I am assigned to the Orange County Violent Gang Task Force ("OCVGTF").  The OCVGTF is composed of federal and local law enforcement agencies, including, but not limited to, the FBI, the Internal Revenue Service-Criminal Investigations, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the Santa Ana Police Department ("SAPD"), and the Anaheim Police Department.  The OCVGTF is responsible for investigating violations of federal law, including possession and use of firearms and narcotics, committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County.  Prior to this assignment with the FBI, I was a FPD Police Officer and have been so employed for approximately nine years.

3.   I have specialized training and experience in investigations of narcotics trafficking and criminal street

1

gangs.  During my tenure as a Police Officer, as well as an FBI TFO, I have conducted and participated in numerous investigations of criminal activity, specifically including firearms and narcotics trafficking and violent offenses committed by street gangs.  Since joining the OCVGTF in 2018, I have also specialized in investigations of the Mexican Mafia and its subordinate gangs in Orange County.

## II. PURPOSE OF AFFIDAVIT

4.    This affidavit is made in support of a criminal complaint and arrest warrant charging Steve NARANG with a violation of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

5.    Because this affidavit is being submitted for the limited purpose of securing the requested criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause for the requested criminal complaint and arrest warrant.  Where statements of others are set forth in this affidavit, they are set forth in substance and in part.  This affidavit is based upon my investigation, my training and experience, and my review of reports and other information from other law enforcement officers familiar with this investigation.

## III. SUMMARY OF PROBABLE CAUSE

6.    On February 22, 2019, FPD Detective Gonzales, Detective Valle, Detective Boline, Sergeant Thayer, and I served

a search warrant at NARANG's residence in the City of Fullerton in connection with a drug trafficking investigation.  Prior to the execution of the search warrant, NARANG was located in the rear alley of his residence.  During the search of NARANG's residence, detectives found a loaded .357 Smith and Wesson revolver in his bedroom.  The revolver contained six rounds of .357 ammunition.  NARANG was placed under arrest without incident.  During his Miranda statement, NARANG admitted to possessing the revolver.  As explained below, at the time, NARANG was a convicted felon.

## IV. STATEMENT OF PROBABLE CAUSE

### A.   Arrest of NARANG

7.   Based on my review of the FPD reports prepared by FPD Detective Gonzales, I learned the following:

a.   On February 14, 2019, the Honorable Judge Jeffrey Ferguson of the North Justice Center approved a search warrant for Steve NARANG and his residence located at 1617 Via Mirada #B in Fullerton, County of Orange.  The search warrant was issued in connection with NARANG's involvement in drug trafficking.

b.   FPD Detective Gonzales knew NARANG to be a documented Fullerton Tokers Town (FTT) gang member with a moniker of "CROW".

c.   On February 22, 2019, FPD Detective Gonzales was driving through the west alleyway of 1617 Via Mirada #B in Fullerton.  Detective Gonzales noticed NARANG standing in the alley.  Detective Gonzales, Detective Valle, and Sergeant Thayer detained NARANG in the alleyway.  Detective Valle, Sergeant

Thayer, and Detective Boline executed the search warrant at 1617 Via Mirada #B.

      d.   When Detective Valle and Detective Boline conducted a search of NARANG's bedroom, they found a loaded .357 magnum Smith and Wesson revolver bearing serial number 86K9503. The revolver contained six rounds of .357 ammunition.

      e.   NARANG was placed under arrest and transported to the Fullerton Jail. At the jail, after Detective Gonzales read NARANG his Miranda rights and NARANG said that he understood those rights, NARANG admitted that he was the owner of the revolver and that he recently acquired the firearm from a friend.

      f.   Detective Gonzales conducted a records check on the serial number of the revolver. The records check showed that the firearm was reported stolen during a residential burglary in Nevada on or about July 6, 2015.

**B.   NARANG's Criminal History**

8.   I reviewed a criminal history report for NARANG, which showed that NARANG was convicted of the following felony offenses:

      a.   On or about September 14, 1999, NARANG was convicted of Possession of a Controlled Substance, in violation of California Health and Safety Code § 11377(a), in the Orange County Superior Court, case number 99NF0630, for which he received a sentence of 365 days of imprisonment;

b.   On or about September 28, 2001, NARANG was convicted of Evading While Driving Recklessly, in violation of California Vehicle Code § 2800.2, in the Orange County Superior Court, case number 01NF0348, for which he received a sentence of 16 months of imprisonment;

c.   On or about June 11, 2007, NARANG was convicted of Possession of a Controlled Substance, in violation of California Health and Safety Code § 11377(a), in the Orange County Superior Court, case number 06NF4591, for which he received a sentence of 2 years of imprisonment; and

d.   On or about September 1, 2010, NARANG was convicted of Felon in Possession of a Firearm, in violation of California Penal Code § 12021(a)(1), in the Orange County Superior Court, case number 10NF1599, for which he received a sentence of 2 years of imprisonment.

**C.   Interstate Nexus**

9.   On March 20, 2019, I spoke with ATF Special Agent J. Davis, who is an Interstate Nexus Expert, regarding the firearm related to this investigation, that is, a .357 magnum Smith and Wesson revolver bearing serial number 86K9503.  Special Agent Davis advised me that the firearm was manufactured by Smith and Wesson in the State of Massachusetts and, therefore, traveled in interstate commerce in order to arrive in the State of California.

## V.   CONCLUSION

10.   Based on the above, there is probable cause to believe that NARANG has violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

_____
Michael Greene
Task Force Officer, FBI
Detective, FPD

Subscribed to and sworn
before me this 21st day of
March 2019.

DOUGLAS F. McCORMICK
_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

6