UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.  SA CR 19-00055-DOC |
|---|---|
| Plaintiff, | **AMENEDED JUDGMENT REVOKING AND REINSTATING SUPERVISED** |
| v. | |
| STEVE NARANG | |
| Defendant. | |

WHEREAS, on December 2, 2021 came the attorney for the government, Gina Kong, AUSA, and the defendant appeared with retained counsel, Stephan DeSales. The defendant admits allegations one through five (1-5) as set forth in the Petition of Probation and Supervised Release, filed on November 9, 2021 and November 17, 2021.

WHEREAS based on the admission of the defendant to Allegations one through five (1-5) and the Court having found the defendant to be in violation of the terms and conditions  of supervised release imposed on February 03, 2020;

IT IS HEREBY ORDERED that the defendant's supervised release be revoked

1.

and reinstated for a term of three (3) years and under the same terms and conditions originally imposed, with the following modifications and/or additional condition(s):

The defendant shall be placed in a residential drug treatment facility as approved by the USPPO (Cornerstone of Southern California) and remain until the program is successfully completed according to the facility director.

IT IS SO ORDERED.

//
//

Dated: December 7, 2021

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE